UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN L. JEFFERSON, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC., d/b/a AMERICREDIT, f/k/a AMERICREDIT CORP.<br><br>Defendant. | Civil Action No. 2:16-cv-02349-WHW-CLW<br><br><br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendant has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice and without costs.

                                                       KIM LAW FIRM LLC
                                                       Attorneys for Plaintiff

                                                       *s/Yongmoon Kim*
DATED: June 28, 2016                         Yongmoon Kim